IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VICTOR ANTHONY CHARLES, § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION H-04-4399 |
| DOUG DRETKE, § | |
| Respondent. § | |

## MEMORANDUM ON DISMISSAL

The Petitioner, a former jail inmate, filed this habeas corpus action during his confinement. However, Petitioner has been released from Harris County Jail, and has failed to keep the Court advised of his current address as required by Local Rule 83.4. The Petitioner's failure to properly pursue this action shows that he is lacking in due diligence.

Therefore, under the inherent powers vested in a court to manage its own affairs, this Court determines that dismissal for want of prosecution is appropriate. *See* FED.R.CIV.P. 4l(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962). Petitioner is advised that upon a proper showing, relief from this order may be granted in accordance with FED.R.CIV.P. 60(b). *See Link*, 370 U.S. at 635.

Accordingly, it is ORDERED that this case be DISMISSED without prejudice for want of prosecution. All pending motions and requests for relief are DENIED as moot.

SIGNED at Houston, Texas, on this 20th day of July, 2005.

_____
DAVID HITTNER
United States District Judge