IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VICTOR ANTHONY CHARLES,  § | |
| Petitioner, § | |
| § | |
| v. § | CIVIL ACTION H-04-4399 |
| DOUG DRETKE, § | |
| Respondent. § | |

## ORDER OF DISMISSAL

For the reasons stated in the Court's Memorandum on Dismissal entered this date, this action is DISMISSED without prejudice.

SIGNED at Houston, Texas, on this 20th day of July, 2005.

*David Hittner*

_____

DAVID HITTNER

United States District Judge